**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-6298**

_____

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

TERRANCE DEANDREW BACKUS,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, District Judge.  (1:08-cr-00128-MR-DLH-3)

_____

Submitted:  September 29, 2016          Decided:  October 3, 2016

_____

Before SHEDD, KEENAN, and HARRIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Terrance Deandrew Backus, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terrance Backus appeals the district court's orders denying relief on his 18 U.S.C. § 3582(c)(2) (2012) motion for reduction of sentence based on amendments to the Sentencing Guidelines for drug offenses and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Backus, No. 1:08-cr-00128-MR-DLH-3 (W.D.N.C. Jan. 19, 2016; Feb. 12, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED